IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON M HEREFORD** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-3922** |
| | : | |
| **BROOMALL OPERATING COMPANY LP, ET AL.** | : | |

| | | |
|---|---|---|
| **MICHAEL P LYNCH** | : | |
| *ADMINISTRATOR OF THE ESTATE OF JOHN J. LYNCH, SR., DECEASED* | : | |
| v. | : | **CIVIL ACTION NO. 21-3924** |
| | : | |
| **BROOMALL OPERATING COMPANY LP, ET AL.** | : | |

| | | |
|---|---|---|
| **ROCHELLE M JOHNSON** | : | |
| *ADMINISTRATRIX OF THE ESTATE OF DOROTHY P. JOHNSON, DECEASED* | : | |
| v. | : | **CIVIL ACTION NO. 21-3925** |
| | : | |
| **BROOMALL OPERATING COMPANY LP, ET AL.** | : | |

| | | |
|---|---|---|
| **PATRICK M. SMITH** | : | |
| *ADMINISTRATOR OF THE ESTATE OF JAMES A. SMITH JR., DECEASED* | : | |
| v. | : | **CIVIL ACTION NO. 21-3926** |
| | : | |
| **BROOMALL OPERATING COMPANY LP, ET AL.** | : | |

**ORDER**

This 9th day of December, 2021, it is hereby **ORDERED** as follows:

1) Defendants' Motions to Strike Amended Complaint, (21-3922 - ECF #16) (21-3924– ECF #20) (21-3925 – ECF #21) (21-3926 – ECF #17), are **DENIED.**

2) Plaintiffs' Motions to Remand, (21-3922 - ECF #23) (21-3924 – ECF #27) (21-3925 – ECF #34) (21-3926 – ECF #23), are **GRANTED**.

3) All other pending motions are **DENIED** as moot.

4) The Clerk of Court shall **REMAND** these actions forthwith to the Delaware County Court of Common Pleas.

5) The Clerk is requested to mark these matters **CLOSED** for statistical purposes.


                                        /s/ Gerald Austin McHugh
                                        United States District Judge